■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE ROSARIO, Appellant. [808 NYS2d 549]—Appeal from judgment, Supreme Court, New York County (Budd G. Goodman, J.), rendered August 15, 2002, unanimously dismissed, as appellant has been deported from the jurisdiction and is presently unavailable to obey the mandate of the court. No opinion. Concur—Andrias, J.P., Marlow, Sullivan and Nardelli, JJ.